United States District Court
Southern District of Texas
FILED

JUL 12 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § Criminal No. M-22-1074-S1 § |
| JOSE MARTIN ESPINOZA, JR. | § |
| ABEL ANGEL SOLIS | § |
| also known as Abel Angel Torrez | § |
| SIXTO GONZALEZ, JR. | § |

## SEALED SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about May 17, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE MARTIN ESPINOZA, JR.**

being a public official, that is, a Correctional Officer, at the East Hidalgo Detention Center, a correctional facility under contract with the United States Marshals Service to house federal inmates, did directly and indirectly, corruptly demand, seek, receive, accept, or agree to receive or accept anything of value, that is, United States currency, personally or for any other person or entity, in return for being influenced in the performance of an official act and being induced to do an act or omit to do an act in violation of his official duty, that is, to bring contraband into the correctional facility and distributing the contraband to a federal inmate.

In violation of Title 18, United States Code, Section 201(b)(2)(C).

### Count Two

On or about May 17, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ABEL ANGEL SOLIS**
also known as Abel Angel Torrez
and
**SIXTO GONZALEZ, JR.**

did, directly and indirectly, corruptly give, offer, and promise a thing of value, that is, United States Currency to a public official, that is, Jose Martin Espinoza, Jr., a Correctional Officer at the East Hidalgo Detention Center, a correctional facility under contract with the United States Marshals Service to house federal inmates, with intent to induce the public official to do an act and omit to do an act in violation of his official duty, that is to introduce and provide an inmate detained at the East Hidalgo Detention Center with contraband to wit, cell phones.

In violation of Title 18, United States Code, Section 201(b)(1)(C) AND Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY